# United States District Court

SOUTHER DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

**SUMMONS IN A CIVIL CASE**
**CASE NO.: 09-61828-CV-JORDAN/MCALILEY**

YADER FLORES, PABLO DIAZ,
PALMIERI PIERRE-ANDRE, and EDGARDO
SANCHEZ, on their own behalves and
Others similarly situated,

      Plaintiffs,

v.

BEEF EATER STEAK HOUSE, INC.,
a Florida Profit Corporation,

      Defendant,
_____/

TO:    BEEF EATER STEAK HOUSE, INC.
        Susana Quiroga, Registered Agent
        1437 Hayes Street
        Hollywood, FL 33020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Kelly Amritt, Esquire
MORGAN & MORGAN, P.A.
6824 Griffin Road
Ft. Lauderdale, Florida 33314
Telephone: 954-318-0268
Facsimile: 954-333-3515

an answer to the Complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You also must file your answer with the Clerk of the Court within a reasonable period of time after service. Additionally served, Notice of Filing Consent to Join.



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts

**November 16, 2009**
DATE

# RETURN OF SERVICE

State of FLORIDA  County of  United States District Court/Southern Di Court

Case Number: 09 61828

Plaintiff:
YADER FLORES, PABLO DIAZ, PALMIERI PIERRE-ANDRE, AND EDGARDO SANCHEZ, ON THEIR OWN BEHALVES AND OTHERS SIMILARLY SITUATED,

vs.

Defendant:
BEEF EATER STEAKHOUSE, INC., A FLORIDA PROFIT CORPORATION,

For:
Kelly Amritt
MORGAN & MORGAN, P.A.
6824 Griffin Road
Suite 3
Davie, FL 33314

Received by Gissen & Zawyer Process Service, Inc. on the 13th day of November, 2009 at 1:29 pm to be served on **BEEF EATER STEAK HOUSE, INC. SUSANA QUIROGA, REG. AGT., 1437 HAYES ST, HOLLYWOOD, FL 33020**.

I, LAURIE ANN HENDRIX, do hereby affirm that on the **18th day of November, 2009** at **9:56 am**, I:

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF CONSENT TO JOIN** with the date and hour of service endorsed thereon by me to SUSANA QUIROGA as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THE R/A SUSANA QUIROGA DOES NOT RESIDE AT THE PROVIDED ADDRESS. SERVED AT SECOND ADDRESS: 1101 POLK ST, HOLLYWOOD, FL.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or an Appointed Process Server in good standing in the judicial circuit in which the process was served. Under Penalty of Perjury I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. Notary not required pursuant to F.S. 92.525.

LAURIE ANN HENDRIX
Process Server #886

Gissen & Zawyer Process Service, Inc.
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
(305) 371-4664
Our Job Serial Number: 2009159229
Ref: 1053863

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x