UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 09-CV-61828-JORDAN-MCALILEY

YADER FLORES, PABLO DIAZ, PALMIERI
PIERRE-ANDRE and EDGARDO SANCHEZ,
etc.,

    Plaintiffs,

vs.

BEEF EATER STEAK HOUSE, INC.,

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW Defendant, by and through its undersigned counsel, moves this Court for an order extending the time for the filing of a response to Plaintiff's Complaint, and states:

1. Defendant's counsel has recently been retained and has not had adequate opportunity to review the allegations of the Complaint and prepare an adequate response.

2. Defendant's counsel will along with this Motion be filing a Notice of Pending, Refiled, Related or Similar Action as a result of the pendency of <u>Fernando Fridman et. al. v. Beef Eater Steak House, Inc. et. al.</u>, (09-CV-23448-Ungaro-Simonton).  As a result, it is anticipate that the interests of judicial economy would be better served pending anticipated Court action on the Notice.

3. This motion is not filed for the purpose of delay and counsel for the Plaintiff has agreed to the requested extension.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending the

the time within which to respond to Plaintiff's Complaint to December 29, 2009 or at such other time as the Court shall deem appropriate and further grant all such other relief as the Court shall deem appropriate.

| | |
|---|---|
| Dated:  December 8, 2009<br>Hollywood, FL | Respectfully submitted,<br><br>/s/ Eric A. Jacobs<br>_____<br>Eric A. Jacobs<br>Fla Bar No. 0189065<br>eric@jacobsoffir.com<br>Jacobs / Offir, P.L.<br>1911 Harrison Street<br>Hollywood, Florida 33020<br>Telephone: (954) 929-0679<br>Facsimile: (888) 632-4944<br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/Eric A. Jacobs _____
      Eric A. Jacobs

### Service List
CASE NO.: 09-CV- 61828-JORDAN-MCALILEY

| | |
|---|---|
| Kelly Amritt<br>E-mail:  kamritt@forthepeople.com<br>Morgan & Morgan<br>6824 Griffin Road | Eric A. Jacobs<br>E-mail:  eric@jacobsoffir.com<br>Jacobs/Offir, PL<br>1911 Harrison Street |

Jacobs / Offir, P.L.
1911 Harrison Street, Hollywood, Florida 33020 (954) 929-0679 Telephone (954) 929-0926 Facsimile

| | |
|---|---|
| Davie, FL  33314 | Hollywood, FL  33020 |
| Telephone (954) 318-0268 | Telephone (954) 929-0679 |
| Facsimile  (954) 333-3515 | Facsimile (888) 632-4944 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Method of service: | |
|     CM/ECF | |