UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23448-CIV-UNGARO/SIMONTON
CONSENT CASE

**FERNANDO FRIDMAN,**

    Plaintiff,

v.

**BEEF EATER STEAK HOUSE, INC., et al.,**

    Defendants.
_____/

CASE NO. 09-61828-CIV-UNGARO/SIMONTON
CONSENT CASE

**YADER FLORES, et al.,**

    Plaintiffs,

v.

**BEEF EATER STEAK HOUSE, INC.,**

    Defendant.
_____/

### ORDER AFTER APRIL 14, 2010 STATUS CONFERENCE

On April 14, 2010, the undersigned held a status conference in the above cases. At the status conference, the undersigned heard argument and ruled on the following motions: Defendants' Unopposed Motion For Extension of Time To Respond To Motion To Certify Class (09-61818, DE # 36); Defendants' Motion To Compel Plaintiffs To Appear at Their Depositions on the Same Day (09-61818, DE # 37) and Plaintiff Pablo Diaz's Renewed Motion To Appear Telephonically For Deposition (09-23348, DE # 39; 09-61818, DE # 38). All rulings made orally at the status conference are incorporated into this Order and are also set forth in the Order.

Therefore, for the reasons stated on the record at the status conference, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Unopposed Motion For Extension of Time To Respond To Motion To Certify Class (09-61818, DE # 36), is **GRANTED**. Defendant's Response to the Motion to Certify Class is now due on or before May 25, 2010. It is further

**ORDERED AND ADJUDGED** that Defendants' Motion To Compel Plaintiffs To Appear at Their Depositions on the Same Day (09-61818, DE # 37), is **GRANTED in part**. Defendant may attempt to schedule Plaintiffs' depositions on the same day and Plaintiffs shall cooperate with such a schedule. The Court sees no reason why the three local plaintiffs cannot arrange their schedule so that they can be deposed on the same date. However, any delay resulting from such a schedule will not serve as the basis for a continuance of any deadlines. If Plaintiffs' depositions are not conducted on the same day, the deposed Plaintiffs may not speak to any not-yet-deposed Plaintiffs about their deposition questions and answers. It is further

**ORDERED AND ADJUDGED** that Plaintiff Pablo Diaz's Renewed Motion To Appear Telephonically For Deposition (09-23348, DE # 39; 09-61818, DE # 38), is **GRANTED**. However, Plaintiff Pablo Diaz shall pay for any teleconferencing and/or videoconferencing charges related to the deposition, and shall also locate a place to take the deposition and pay any costs related to the place where the deposition is taken. Defendants' counsel is responsible for locating and paying the costs for a court reporter and a translator. The court reporter and translator may be present in Miami during the

deposition, provided that Plaintiff Pablo Diaz is placed under oath at his location by a person competent to administer oaths as specified in Fed.R.Civ.P. 28(b). Plaintiff Pablo Diaz shall be responsible for locating and paying an acceptable person to place him under oath in Uruguay.

**DONE AND ORDERED** in chambers, at Miami, Florida, on April 14, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record