UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23448-CIV-UNGARO/SIMONTON
CONSENT CASE

FERNANDO FRIDMAN,

    Plaintiff,

v.

BEEF EATER STEAK HOUSE, INC., et al.,

    Defendants.
_____/

CASE NO. 09-61828-CIV-UNGARO/SIMONTON
CONSENT CASE

YADER FLORES, et al.,

    Plaintiffs,

v.

BEEF EATER STEAK HOUSE, INC., et al.,

    Defendants.
_____/

ORDER STAYING CASES UPON SUGGESTION OF BANKRUPTCY

    On January 13, 2011, Plaintiff Fridman brought to the Court's attention that on December 30, 2010, Defendant Susana Quiroqa had filed a petition for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code. *See* Ex. A to DE # 82. As a result, pursuant to 11 U.S.C. § 362, this action is automatically stayed as to Defendant Susana Quiroga. In addition, based upon the interests of judicial economy and efficiency, it does not make sense to go forward in a piecemeal fashion with respect to the other defendants.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the above-styled actions are **STAYED** until

the conclusion of the Chapter 7 Bankruptcy involving Defendant Susana Quiroga. These cases are administratively **CLOSED** for statistical purposes only. All pending motions are **DENIED as moot**, and the pretrial conference and trial date in these cases are canceled. Should the Bankruptcy Court lift the automatic stay in these cases, or upon termination of the bankruptcy proceedings, the parties may move to re-open these cases within thirty days thereof. If any party objects to this procedure, that party may file a motion for reconsideration.

**DONE AND ORDERED** in chambers in Miami, Florida on January 18, 2011.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record via CM/ECF

Defendant Jimena Quiroga
1902 Hollywood Blvd.
Hollywood, FL 33020

Defendant Susana Quiroga
1902 Hollywood Blvd.
Hollywood, FL 33020

Defendant Beef Eater Steak House, Inc.
1902 Hollywood Blvd.
Hollywood, FL 33020

Defendant Tango Bar Place, Inc.
1902 Hollywood Blvd.
Hollywood, FL 33020